THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT K. EPTING, Appellant, against WESLEY DE VOE, as Acting Sheriff of the County of Saratoga, Respondent.

Argued October 5, 1955; decided October 20, 1955.

*John J. O'Malley* and *Saul Balmuth* for appellant.

*Carleton J. King, District Attorney (James A. O'Connor* of counsel), for respondent.

Order affirmed, no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.